UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLIAM FLOODMAN,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　) 2:09-cv-00635-GEB-DAD
　　　　　　　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　　　　　　　) ORDER OF SETTLEMENT
    v.　　　　　　　　　　　　　　　　) AND DISPOSITION;
　　　　　　　　　　　　　　　　　　　) RESPONSE TO OSC DUE
NATIONAL ENTERPRISE SYSTEMS,　　　　 )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendant.　　　　　)
_____)

　　　　　On June 11, 2009, Plaintiff filed a Notice of Settlement in which he states he anticipates the settlement "will be finalized within the next 40 days." Therefore, a dispositional document shall be filed no later than July 21, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

　　　　　The status conference scheduled for July 13, 2009, is rescheduled to commence at 9:00 a.m. on July 27, 2009, in the event that no dispositional document is filed, or this action is not dismissed before that date. Further, a joint status report shall be

1

filed fourteen days prior to the status conference.[1]

This Order does not relieve Plaintiff from his obligation to respond to the OSC.

Dated:  June 17, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).